# IN THE SUPREME COURT OF THE STATE OF NEVADA

TODD MATTHEW PHILLIPS,
Appellant,
vs.
AMBER PHILLIPS, N/K/A AMBER
KORPAK,
Respondent.

No. 82724

**FILED**

JUN 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on April 6, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. On April 23, 2021, appellant filed a copy of the motion to proceed in forma pauperis that was filed in the district court on April 14, 2021. On that same day, this court directed the district court to rule on appellant's pending application to proceed in forma pauperis pursuant to NRAP 24 within 30 days. The district court filed a copy of its order denying the application to proceed in forma pauperis on April 29, 2021.

On April 30, 2021, this court directed appellant to either pay the filing fee or file a motion to proceed in forma pauperis with this court. *See* NRAP 24(a)(5). The order advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's April 30, 2021, order. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-16091

cc:    Hon. Vincent Ochoa, District Judge
Todd Matthew Phillips
Hutchison & Steffen, LLC/Las Vegas
Eighth District Court Clerk